UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

IN THE MATTER OF:

Ronald H. LaFleur,  Bankruptcy Case No. 14-30368
 Honorable Daniel S. Opperman
 Chapter 7

        Debtor.
_____/

## TRUSTEE'S EX-PARTE MOTION TO COMPEL TURNOVER OF FUNDS HELD AT CHARTER ONE BANK

**NOW COMES** Trustee, Samuel D. Sweet, ("Trustee"), by and through his counsel, Samuel D. Sweet, PLC, and hereby states as follows:

1. On February 17, 2014, Debtor herein filed a Voluntary Petition under Chapter 7 of the Bankruptcy Reform Act of 1978, as Amended, Title 11.

2. Subsequent of the aforementioned bankruptcy filing, Samuel D. Sweet was appointed the duly qualified and acting Trustee in this matter.

3. Among the assets in this case include a bank account in the name of Naked Furniture Ann Arbor at Charter One Bank.

4. The account number associated with said bank account is 2830088805, with an ending balance as of February 25, 2013 of approximately $13,000.00.

5. The Trustee is requesting this Court enter an Order Compelling Charter One Bank to Seize this account and turnover all funds payable to the Bankruptcy Trustee that are held in this account.

6. This account constitutes property of the bankruptcy estate and the Trustee is requesting these funds be turned over forthwith.

7. The Trustee further requests that this account be closed.

8. The Trustee sees no reason for the Debtor to retain said property and as a result seeks authority from this Court compelling Charter One Bank to turnover the property.

**WHEREFORE**, Trustee prays this Honorable Court enter the Order attached hereto as Exhibit "A" and for such other and further relief this Court deems just and proper.

    Respectfully submitted,
    SAMUEL D. SWEET, PLC


    By: /s/ Samuel D. Sweet
    Samuel D. Sweet (P48668)
    Attorneys for Trustee
    P.O. Box 757
    Ortonville, MI 48462-0757
Dated: 2/25/14    (248) 236-0985
    ssweet@trusteesweet.us

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

**IN THE MATTER OF:**

Ronald H. LaFleur,                      Bankruptcy Case No. 14-30368
                                                      Honorable Daniel S. Opperman
                                                      Chapter 7

                Debtor.
_____/

**ORDER APPROVING TRUSTEE'S EX-PARTE MOTION**
**TO COMPEL TURNOVER OF FUNDS HELD AT CHARTER ONE BANK**

      This matter having come before this Honorable Court based upon the Trustee's Ex-Parte Motion to Compel Turnover of Funds Held at Charter One Bank; no objections having been filed to the Trustee's Motion; or any filed objection having been resolved; notice having been provided properly, pursuant to Rule 2002 and 9019 of the Federal Rules of Bankruptcy Procedures; and the Court being fully advised in the premises;

      **IT IS HEREBY ORDERED** that Charter One Bank shall be and is hereby authorized and required to turnover all funds held in bank account number 2830088805 to the Trustee, Samuel D. Sweet, within ten (10) days of the entry of this Order.

                                                      _____
                                                      HONORABLE DANIEL S. OPPERMAN
                                                      UNITED STATES BANKRUPTCY JUDGE

                                                     **EXHIBIT "A"**