# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 14-30368-DSO | **Trustee Name:** Samuel D. Sweet |
| **Case Name:** | LAFLEUR, RONALD H | **Date Filed (f) or Converted (c):** 02/17/2014 (f) |
| **For the Period Ending:** | 3/13/2014 | **§341(a) Meeting Date:** 03/27/2014 |
| | | **Claims Bar Date:** 05/22/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Location: 9000 Crouse Rd., Howell MI 48855 | $200,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on hand | $100.00 | $0.00 | | $0.00 | FA |
| 3 | Charter One Bank AC for Make It Furniture Corp. | $4,000.00 | $2,683.01 | | $6,683.01 | FA |
| 4 | Household goods and furnishings | $5,000.00 | $0.00 | | $0.00 | FA |
| 5 | Clothing | $100.00 | $0.00 | | $0.00 | FA |
| 6 | Wedding ring | $300.00 | $0.00 | | $0.00 | FA |
| 7 | Sole shareholder of Make It Furniture Corp., a Michigan subchaper S Corporation using DBA Naked Furniture of Ann Arbor. | $100.00 | $0.00 | | $0.00 | FA |
| 8 | 2013 Tax refunds, estimated | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | 2014 Tax refunds accrued thru date of filing, estimated | $200.00 | $0.00 | | $0.00 | FA |
| 10 | 2011 Ford F150 | $15,000.00 | $0.00 | | $0.00 | FA |
| 11 | 2007 Ford Explorer, 130k mileage, co-signed for and titled jointly with daughter Michelle Lafleur, daughter makes payments. | $7,000.00 | $0.00 | | $0.00 | FA |
| 12 | Computer, printer and office supplies | $200.00 | $0.00 | | $0.00 | FA |
| 13 | Personal tools | $1,000.00 | $0.00 | | $0.00 | FA |
| 14 | Furniture owned by corporation, subject to corporate debts, included in previously listed business interests. | Unknown | Unknown | | $0.00 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                    **Gross Value of Remaining Assets**

|  | $234,000.00 | $2,683.01 | | $6,683.01 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

02/21/2014        Trustee is investigating liquidation of assets of the corporation

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 02/17/2016 | /s/ SAMUEL D. SWEET |
| **Current Projected Date Of Final Report (TFR):** | 02/17/2016 | SAMUEL D. SWEET |