# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-FLINT

**IN THE MATTER OF:**

Ronald H. LaFleur,  Bankruptcy Case No. 14-30368
 Honorable Daniel S. Opperman
 Chapter 7

        Debtor.

_____/

## TRUSTEE'S OBJECTION TO THE DEBTOR'S CLAIMED EXEMPTIONS

**NOW COMES** Trustee, Samuel D. Sweet, by and through his counsel of record, Samuel D. Sweet, and hereby states as follows:

1. On or about February 17, 2014, Debtor herein filed a voluntary petition under Chapter 7 of the Bankruptcy Reform Act of 1978, Title 11.

2. Subsequent to the aforementioned bankruptcy filing, Samuel D. Sweet was appointed the duly qualified and acting trustee in this matter.

3. On March 27, 2014, the debtors appeared for the Meeting of Creditors pursuant to §341 and same was conducted.

4. Among the assets of this bankruptcy estate include the assets of a corporation solely owned by the Debtor being Make It Furniture Corp. Among the assets of this corporation include a bank account with approximately $6,000.00 which the Trustee has obtained and currently holds in trust.

5. The assets of this corporation are secured by certain claims of tax authorities and various deposit holders. As such the exemption claimed by the Debtor appears to be inappropriate. There does not appear to be equity in these assets which would afford an exemption to attach. As such the Trustee's objection is same and requests an Order deeming this exemption to be disallowed.

**WHEREFORE,** Trustee prays this Honorable Court enter the Order attached hereto as Exhibit "A" and for such other and further relief this Court deems just and proper.

Respectfully submitted,

/s/ Samuel D. Sweet
By: Samuel D. Sweet (P 48668)
Attorney for Trustee
P.O. Box 757
Ortonville, MI 48462-0757
(248) 236-0985
ssweet@trusteesweet.us

Dated: 4/25/2014

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION-FLINT**

**IN THE MATTER OF:**

Ronald H. LaFleur,                        Bankruptcy Case No. 14-30368
                                                  Honorable Daniel S. Opperman
                                                  Chapter 7

                 Debtor.
_____/

### ORDER DISALLOWING DEBTOR'S EXEMPTIONS

This matter having originally come before this Honorable Court upon the Trustee's objection to Debtor's exemptions, no objections having been filed or, alternatively, any filed objection having been resolved and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE**;

**IT IS HEREBY ORDERED** that Debtor's exemption in the Charter One Bank Account for Make It Furniture Corp. is disallowed.

                                                           _____
                                                           HONORABLE DANIEL S. OPPERMAN
                                                           U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

IN THE MATTER OF:

Ronald H. LaFleur,  Bankruptcy Case No. 14-30368
 Honorable Daniel S. Opperman
 Chapter 7

        Debtor.
_____/

**NOTICE OF TRUSTEE'S OBJECTION TO THE DEBTOR'S CLAIMED EXEMPTIONS**

Samuel D. Sweet, Trustee has filed an Objection to the Debtor's Claimed Exemptions.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, within fifteen (15) days, you or your attorney must:

1.    Pursuant to L.B.R. 9014 (E.D.M.), file with the court a written objection explaining your position at:[1]

    United States Bankruptcy Court
    226 West Second Street
    Flint, Michigan 48502

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also mail a copy to:

    Samuel D. Sweet, Attorney for Trustee
    [see address below]

2.    If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time, and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

    Respectfully submitted,

    /s/ Samuel D. Sweet
    By: Samuel D. Sweet (P 48668)
    Attorney for Trustee
    P.O. Box 757
    Ortonville, MI 48462-0757
Dated: 4/25/2014    (248) 236-0985
    ssweet@trusteesweet.us

---

[1] Response or answer must comply with F.R. Civ. P 8 (b) (c) and (e)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

IN THE MATTER OF:

Ronald H. LaFleur,                                          Bankruptcy Case No. 14-30368
                                                            Honorable Daniel S. Opperman
                                                            Chapter 7
        Debtor.
_____/

**CERTIFICATE OF SERVICE**

      I hereby certify that on  4/25/2014  , I served the following paper:

Trustee's Objections to Debtor's Exemptions, Proposed Order, Notice of Trustee's Objection, and this Certificate of Service

on the following parties at these addresses:

Ronald H. LaFleur
9000 Crouse Road
Howell, Michigan 48855

Wendy K. Turner
Attorney for Debtor
attorney@livingstonbankruptcy.com
(Via ECF transfer only)

by the following means:

United States first-class mail

                                          /S/ SAMUEL D. SWEET
                                      Samuel D. Sweet (P48668)
                                      Samuel D. Sweet, PLC
                                      Attorney for Trustee
                                      P.O. Box 757
                                      Ortonville, MI 48462-0757
                                      (248) 236-0985
                                      ssweet@trusteesweet.us