May 4, 2014

Lila Cox Potocki,
13053 Roepke Road
Gregory, Michigan

Clerk of the United States Bankruptcy Court
Eastern District of Michigan-Southern Division
226 West Second Street
Flint, Michigan 48052

FILED

2014 MAY -6 A 9 14

U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

RE: Case Number 14-30368

I am writing in response to the Trustee's motion;

> NOTICE OF REQUIREMENT OF WRITTEN RESPONSE TO TRUSTEE'S MOTION TO SELL ALL
> INVENTORY AT THE LOCATION OF THE DEBTOR INCLUDING BUT NOT LIMITED TO INVENTORY,
> VEHICLES, COMPUTERS, AND VARIOUS OTHER ITEMS FREE AND CLEAR OF ALL LEANS AND
> ENCUMBRANCES WITH ALL LIENS AND ENCUMBRANCES ATTACHING THE PROCEEDS OF SALE
> PURSUANT TO 11 U.S.C. 363(F)

I am objecting to the motion because I have property at the facility that I paid in full for and it is rightfully mine. My property should not be sold to alleviate this debtor's legal obligations.

On October 1, 2013 I ordered and paid for in full (Sales Order/Credit Card Receipt attached) for a dining table and 8 chairs. In February, 2014 I received a call from the store informing me my table was in. I asked the store to hold the table for a couple of weeks as I was in the middle of a major home renovation. Before I could pick up my table, I received the first bankruptcy papers. On the day I received this paperwork, I went to the store. Trustee Sam Sweet was in the store and he allowed me to look for my table. I found my table which was clearly marked with my name on it, a copy of which is attached for your reference (Product Label attached).

Mr. Sweet made a notation on his notepad and allowed me to take my table out of the store. I left with a table top, 2 legs and 2 struts. Since I was still in the middle of renovations, I did not un-wrap the table. When I finally set the table up I discovered that the 2 leaves made for the table were not in the storage compartment of the table. I had assumed they were shipped inside the table. I contacted the manufacturer of my table who assured me the leaves were shipped with the table to the Ann Arbor location. I then immediately called Mr. Sweet to see if we could set a time for me to come and get the leaves. I talked to his secretary who said he would return my call but he did not. As of today, I have tried several times through phone and email to contact Mr. Sweet but he so far has refused to return my calls.

As I stated above, I object to this motion allowing the trustee to sell merchandise paid for and clearly marked with customer's name. I believe that merchandise does not belong to the debtor and should not be sold to alleviate his obligation. In fact, every effort should be made to ensure that property clearly marked with a customer's name gets to that customer.

In closing, I would like to apologize for the lateness of this letter. I had the date of May 22, 2014 as the date I needed to file the proof of claim and assumed that was the date I needed to respond by for this motion. Again, I apologize and I am hoping you will still accept this letter of objection.

Sincerely,

Lila Cox Potocki,

Enclosures

# Furniture Sale

Store Phone:

E-Mail Address:

| | | |
|---|---|---|
| ☐ TAKE WITH | ☐ PICK UP | ☐ DELIVERY ☐ OTHER |

SALES ORDER NO. **1026**

NOT VALID UNLESS STAMPED

| ADVERTISING | CODE | ☐ TV ☐ Print ☐ Radio ☐ Direct Mail ☐ Sign Walker ☐ Yard Signs ☐ Walk In / Drive By ☐ Other ☐ Internet of Website ☐ Face Book / Craigs List ☐ Referral ☐ Be Back | RESO # |
|---|---|---|---|

CELL PHONE: 517-881-5017

HOME PHONE:

LAST NAME: Potock  FIRST NAME: Lee

STREET ADDRESS: 13053 Rourke Rd

CITY: Gregory  STATE: MI  ZIP CODE: 48137

DELIVERY INSTRUCTIONS:

PICK-UP / DELIVERY DATE  DAY: —  DATE: 10-1-13

SALESPERSON #: Scott   SALESPERSON #2:

| QTY | LOCATION | SKU NUMBER | VENDOR | STOCK NUMBER | DESCRIPTION | FINISH/SIZE | CODE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | S0 | | TW | | Biltmore Table Solid maple T/w | M3747 | | |
| | | | | B1-9266212 | New Carrington Fe | | | |
| 8 | S0 | | twn | | Galveston Side Chairs maple 2 two | | | 3200 00 |
| | | | | | New Carrington | | | |

SPECIAL INSTRUCTIONS:

FINAL SALE "AS IS"
NOT Subject to Cancellation
No Refunds or Exchanges
X

BALANCE DUE  0

I agree to purchase the above merchandise under the terms of sale listed above.

| | |
|---|---|
| CASHIER | |
| DEPOSIT PAID BY | |
| CASH | |
| CHECK | |
| CREDIT CD | ✓ |
| DELIVERY | |
| BUYER'S PREM. | |
| SUBTOTAL | |
| SALES TAX ☐ | 192 00 |
| TOTAL SALE | 3200 00 |
| TOTAL | 3392 00 |
| DEPOSIT | |
| BALANCE DUE ▶ | |
| BALANCE TO BE FINANCED ▶ | |
| BALANCE TO BE PAID BY | |
| TBF | |
| L/Away | |
| CBD | |
| OTHER | |

CUSTOMER COPY

SHARED FURNITURE
3570 Washtenaw Ave
ANN ARBOR MI 48104
734-975-9088

Term ID: 1989
Merchant ID: 840180374

Sale

MSTRCARD
XXXXXXXXXXXX7437
Entry Method: Swiped
Apprvd: Online   Batch#: 000002
10/01/13                      09:44:58
Inv#: 000000001  Appr Code: 07304J

Total:              $    3,392.00

Customer Copy

THANK YOU
PLEASE COME AGAIN
ALL SALES FINAL



**▲Trailway**  Ord# **SO-8677**
Tbl# **10743-1**
PO#: 1028

A handmade 42" x 66" Biltmore Table w/2 leaves
fashioned from Brown Maple.
FC-N3173 New Carrington, 30 Sheen

Made especially for Potock

Dealer: Make-it Furniture        Dealer Ph: 734-975-9080

Mfg. date: 11-1-13

Item. BL4266-2L       *Made in USA*        **MIF**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

FILED
2014 MAY -6 A 9 14
U.S. BANKRUPTCY
E.D. MICHIGAN-DETROIT

IN RE:

RONALD H LAFLEUR,
d/b/a MAKE IT FURNITURE,
d/b/a NAKED FURNITURE OF
ANN ARBOR,

Debtor.
_____/

Case No 14-30368 dof

Chapter 7
Judge Daniel S Opperman

## CERTIFICATE OF SERVICE - MAIL

I, Scott D Kappler, hereby certify that on the date indicated below, I emailed to ssweet@trusteesweet.us AND mailed by United States Postal Service a copy of Creditor/Customer Lila Cox Potocki's Response to Trustee's Motion to Sell together with this Certificate of Service addressed to:

Samuel D Sweet, Esq
Attorney for trustee
PO Box 757
Ortonville, MI 48462

Dated: May 5, 2014

SCOTT D KAPPLER P41750
621 S. Main Street
Plymouth, MI 48170
(734) 354-8600
skapplerlaw@gmail.com