# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – FLINT

**IN THE MATTER OF:**

Ronald H. LaFleur,　　　　　　　　　　　　Bankruptcy Case No. 14-30368
　　　　　　　　　　　　　　　　　　　　　Honorable Daniel S. Opperman
　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　　Debtor.
_____/

## ORDER GRANTING TRUSTEE'S MOTION TO SELL ALL INVENTORY AT THE LOCATION OF THE DEBTOR INCLUDING BUT NOT LIMITED TO INVENTORY, VEHICLES, COMPUTERS, AND VARIOUS OTHER ITEMS FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES WITH ALL LIENS AND ENCUMBRANCES ATTACHING THE PROCEEDS OF SALE PURSUANT TO 11 U.S.C. § 363(f)

　　　　This matter having come before this Honorable Court based upon the Trustee's Motion to Sell All Inventory at the Location of the Debtor Including But Not Limited to Inventory, Vehicles, Computers, and Various Other Items Free and Clear of All Liens and Encumbrances with All Liens and Encumbrances Attaching to the Proceeds of Sale Pursuant to 11 U.S.C. § 363(f); no objections having been filed to the Trustee's Motion; or any filed objection having been resolved; notice having been provided properly, pursuant to Rule 2002 and 9014 of the Federal Rules of Bankruptcy Procedures; and the Court being fully advised in the premises;

　　　　**IT IS HEREBY ORDERED** that the Trustee is allowed to sell the inventory at the location of the Debtor including but not limited to inventory, vehicles, computers, and various other items free and clear of any interests pursuant to 11 U.S.C. § 363(f), with such interests transferring to the proceeds of sale.

**IT IS FURTHER ORDERED** that the Trustee shall return certain table leaves to Ms. Lila Potocki and allow David Stasiak or his representative, John Cagney, to retrieve his various nightstands on May 8, 2014.  All other property will be sold via Bill of Sale.

.

`Signed on May 07, 2014`

                                                `/s/ Daniel S. Opperman`
                                                `Daniel S. Opperman`
                                                `United States Bankruptcy Judge`